

# NUMBER 13-20-00122-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FIRST SPECIALTY INSURANCE CORPORATION

On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Hinojosa, and Tijerina**
**Per Curiam Order**

Relator First Specialty Insurance Corporation filed a petition for writ of mandamus and a "Rule 52.10(a) Motion for Temporary Relief to Stay Trial Court Proceedings" in the above cause on February 28, 2020. Through this original proceeding, relator contends that the trial court erred in refusing to dismiss the underlying lawsuit based on a forum selection clause contained in its insurance contract. Through its motion for temporary relief, relator seeks to stay the trial court proceedings pending resolution of this original proceeding.

The Court, having examined and fully considered the "Rule 52.10(a) Motion for Temporary Relief to Stay Trial Court Proceedings," is of the opinion that the motion should be granted. The motion for temporary relief is GRANTED and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Gregory-Portland Independent School District, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
2nd day of March, 2020.